FILED

2007 MAR 23 AM 9:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UBALDO MOLINA-LEMUA (05),<br><br>　　　　　　　Defendant. | Criminal Case No. 04cr2889-05-BTM<br><br>ORDER RE: CJA VOUCHER |

　　This matter came before the court on the application of Lee Plummer, Esq. for approval of his CJA voucher in the amount of $21,114.00 in fees for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

　　After reviewing the record and Mr. Plummer's letter dated February 27, 2007, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $21,114.00 in fees. Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 3-1-07

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE BARRY TED MOSKOWITZ
　　　　　　　　　　　　　　　　　　　　　United States District Judge

04cr2889